IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **RAY WHORISKEY** | **CIVIL ACTION** |
| v. | NO. 20-6354 |
| **LOWE'S COMPANIES, INC.**<br>doing business as<br>LOWE'S HOME IMPROVEMENT | DATE OF NOTICE: March 11, 2021 |

## ORDER

  **AND NOW, TO WIT:** This 11th day of March, 2021, it having been reported that the issues between the parties in the above action has been settled and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court, it is

  **ORDERED** that the above action is **DISMISSED** with prejudice, pursuant to agreement of counsel, without costs.

       **KATE BARKMAN**, Clerk of Court

         s/ Lori K. DiSanti
  **BY:** _____
         Lori K. DiSanti
         Deputy Clerk

O:\CIVIL 20\20-6354 WHORISKEY V. LOWES\20CV6354 41B ORDER 03112021.DOCX